Court Stamp Here

# RETURN OF SERVICE

| | |
|---|---|
| **Court** <br> United States District Court, Middle District of Florida | |
| **Plaintiff** <br> BENJAMIN D. TARVER | **Case #** <br> **6:26-cv-01129-AGM-DCI** |
| **Defendant** <br> MORGAN STANLEY SMITH BARNEY LLC | **Hearing Date** |
| **Person to be Served** <br> MORGAN STANLEY SMITH BARNEY LLC | **Came to Hand Date/Time** <br> **5/22/2026      1:53 PM** |
| **Manner of Service** <br> Corporate | **Service Date/Time** <br> **5/22/2026      2:42 PM** |
| **Documents** <br> SUMMON IN CIVIL ACTION;COMPLAINT AND DEMAND FOR JURY TRIAL | **Service Fee** <br> **$0.00** |

On **5/22/2026** at:
**1200 S Pine Island Rd, Plantation, FL 33324** I served **MORGAN STANLEY SMITH BARNEY LLC** by:

Leaving **1** copy(ies) of this process with **CT Corporation System, Registered Agent**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.  Donna Moch mgr is the point of contact for this address**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| Daniel Cohen | **SPS1551** <br> Process Server ID | 05/22/2026 <br> Date Executed |

Ref  REF-25820808

Tracking # 0224630492

 Benjamin Tarver
<litigation@civilfilings.
com>

