# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION


BENJAMIN D. TARVER,

      Plaintiff,

    v.                            Case No. 6:26-cv-1129-AGM-DCI

MORGAN STANLEY
SMITH BARNEY LLC,

      Defendant.

_____/


## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

  X    IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Tarver v. Capital One, N.A.*, Case No. 6:26–cv–00849–CEM–NWH, U.S. District Court for the Middle District of Florida, filed May 15, 2026.

- *Tarver v. TransUnion*, LLC, Case No. 6:26–cv–01025–PGB–RMN, U.S. District Court for the Middle District of Florida, filed May 13, 2026.

- *Tarver v. Experian Information Solutions, Inc.*, Case No. 6:26–cv–01020–PGB–LHP, U.S. District Court for the Middle District of Florida, filed May 13, 2026.

- *Tarver v. Equifax Information Services LLC*, Case No. 6:26–cv–01006–CEM–DCI, United States District Court for the Middle District of Florida, filed May 12, 2026.

- *Tarver v. Republic Finance, LLC*, Case No. 6:26–cv–00986–AGM–NWH, U.S. District Court for the Middle District of Florida, filed April 19, 2026.

- *Tarver v. Chex Systems, Inc.*, Case No. 2026-SC-010986-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida (Small Claims Division), filed April 17, 2026.

- *Tarver v. Republic Finance, LLC*, Case No. 2026–SC–011129–O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed April 28, 2026.

- *Tarver v. Merrick Bank*, Case No. 2026-SC-012242-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed April 30, 2026.

- *Tarver v. OneMain Financial Group LLC*, Case. No. 2026-SC-012420-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed May 1, 2026.

- *Tarver v. I.C. System, Inc.*, Case No. 2026-SC-012543-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida (Small Claims Division), filed May 2, 2026.

- *Tarver v. WebBank Corporation*, Case No. 2026-SC-012545-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed May 3, 2026.

- *Tarver v. JPMorgan Chase Bank, N.A.*, Case No. 2026–SC–012617–O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed May 4, 2026.

- *Tarver v. Citibank, N.A.*, Case No. 2026-SC-012829-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed May 5, 2026.

- *Tarver v. Wells Fargo Bank, N.A.*, Case No. 2026-SC-013031-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida (Small Claims Division), filed May 6, 2026.

- *Tarver v. NetCredit Loan Services, LLC*, Case No. 2026-SC-013128-O, County Court of the Ninth Judicial Circuit in and for Orange County, Florida, filed May 7, 2026.

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: June 19, 2026      Respectfully submitted,

     */s/ Roger B. Handberg*
ROGER B. HANDBERG
LEAD COUNSEL
Florida Bar No. 241570
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Roger.Handberg@gray-robinson.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

     */s/ Roger B. Handberg*
ROGER B. HANDBERG