

**Online Account Application**

**Status:** Account Opened

# This section is for E*TRADE Securities use only

**Type of account:**
Individual

**Account features:**
*Cash/Option-2*

**Between-investment fund:**
Cash Balance

**Investment Objective:**
Speculation

**Where will the assets to fund this account primarily come from?**
Insurance Proceeds

**Investment Experience:**
Limited

**How often do you trade?**
0-3 trades per month

**What is the purpose and expected use of the account ?**
Investing for tax planning

**Does anyone other than the account holder(s) have trading authorization over the account?**
No

**Prefix:**

**Name:**
BENJAMIN D TARVER

**Suffix:**

**Mailing Address:**
██████████████
GRANDVILLE MI ██████
US

**Citizenship:**
United States
**Country of Dual Citizenship:**

**Country of legal residence:**
United States

**Social Security:**
████7132

**Date of Birth:**
████1972

**Signature Date:**

**Employer:**

**Employer address:**

**Occupation:**
██████████

**Employer a broker/dealer?**
No

**Application ID:** ██████0001

**Account:** ████6446

**Source:**

**Trusted Contact Person:**

**Name :**

**Phone Number:**-

**Email address:**

**Relationship:**

**Director, or policy-making office of publicly-owned company?**
No

**10% shareholder of publicly-owned company?**
No

**ShareHolder Company / Ticker:**

**Director /Officer Company / Ticker:**

**Annual Income:**
███████████

**Liquid Net Worth:**
███████████

**Total Net Worth:**
███████████

**User Name:** ██████████████

This tax information will be used for IRS reporting.

**Account Agreement.**

I have received and reviewed the Customer Relationship Summary (CRS) provided above in completing my application to open this account. I understand that I can request the CRS at any time by contacting [1-800-387-2331].

I am of legal age to contract. I acknowledge that I have received, read, and agree to be bound by the terms and conditions as currently set forth in the E*TRADE Securities Customer Agreement as amended from time to time. I acknowledge that I have had the opportunity to read the **Privacy Statement/Business Continuity** . I ACKNOWLEDGE THAT E*TRADE SECURITIES LLC DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE OR RECOMMENDATIONS.

**Under penalty of perjury, I certify that (1) My Social Security (or taxpayer ID) number shown on this form is my correct number and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return), and (3) I am a U.S. person (including a U.S. resident alien).**

I understand that my name will be supplied to issuers of any securities held in my account so that I might receive any important information from them, unless I notify you in writing not to do so.

I acknowledge that securities held in my Margin account may be pledged, re-pledged, hypothecated, or rehypothecated for any amount due E*TRADE SECURITIES LLC in my account(s) or for a greater amount. I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY THE PREDISPUTE ARBITRATION CLAUSE IN SECTION 12 OF THE E*TRADE CUSTOMER AGREEMENT .

**Account Agreement:** **AGREED**  **Apr 15 2018 08:32 PM**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

