UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BENJAMIN D. TARVER,

Plaintiff,

Case No. 6:26-cv-01129-AGM-DCI

v.

MORGAN STANLEY
SMITH BARNEY LLC,

Defendant.
______________________________/

**DEFENDANT'S UNOPPOSED MOTION TO CANCEL HEARING AND ENTER AN ORDER COMPELLING ARBITRATION**

The Plaintiff, Benjamin D. Tarver, has advised that he no longer opposes the Defendant's Motion to Compel Arbitration (Doc. 21). *See* Doc. 36-1. Accordingly, the Defendant requests that the Court cancel the hearing that has been set for September 2, 2026 regarding the Motion to Compel Arbitration (Doc. 35), that the Court grant the Defendant's Motion to Compel Arbitration (Doc. 21), and that the Court stay this action in its entirety pending completion of arbitration pursuant to 9 U.S.C. § 3.

Dated: August 21, 2026.

Respectfully submitted,

*/s/ Roger B. Handberg*

ROGER B. HANDBERG
Florida Bar No. 241570
roger.handberg@gray-robinson.com
**GRAY | ROBINSON, P.A.**
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Counsel for Defendant, Morgan Stanley*

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to M.D. Local Rule 3.01(g), the movant was contacted by Plaintiff on August 21, 2026 who advised:

> I am withdrawing my opposition to Morgan Stanley's Motion to Compel Arbitration and no longer oppose the relief requested. Please advise the Court that the motion is now unopposed. Thank you.

*/s/ Roger B. Handberg*
ROGER B. HANDBERG

## Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended.

Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

*/s/ Roger B. Handberg*
ROGER B. HANDBERG

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 21, 2026, the undersigned electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Roger B. Handberg*
ROGER B. HANDBERG